**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, | CV 21-06435 PA (JPRx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| 7961-OCIP, LLC, 7961-WOPG, LLC, | |
| Defendants. | |

Pursuant to the Court's February 11, 2022 Minute Order, which dismissed the application for entry of default judgment filed by plaintiff Ed Hull ("Plaintiff") against defendants 7961-OCIP, LLC and 7961-WOPG, LLC, it is HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's action is dismissed without prejudice for lack of Article III standing.

DATED: February 11, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE